**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
DISTRICT OF VERMONT
FEDERAL BUILDING
**BURLINGTON, VERMONT 05402-0945**

JEFFREY S. EATON
CLERK

☒ P.O. BOX 945
BURLINGTON 05402-0945
(802) 951-6301

❑ P.O. BOX 607
RUTLAND 05702-0607
(802) 773-0245

September 27, 2024

Gretchen M. Wade, Esq.
Wadleigh, Starr & Peters, PLLC
95 Market Street
Manchester, NH 03101

Suzanne E. Beecher, Esq.
Alliance Defending Freedom
440 First Street, NW, Suite 600
Washington, DC 20001

Johannes Widmalm-Delphonse, Esq.
Jonathan A. Scruggs, Esq.
Alliance Defending Freedom
15100 North 90th Street
Scottsdale, AZ 85260

Jonathan T. Rose, Esq.
Ryan P. Kane, Esq.
Office of the Vermont Attorney General
109 State Street, 3rd Floor
Montpelier, VT 05609

Mallory B. Sleight, Esq.
Alliance Defending Freedom
44180 Riverside Pkwy
Lansdowne, VA 20176

RE:   *Wuoti et al v. Winters et al*
      Docket No. 2:24-cv-614

Dear Counsel:

   I am writing to you regarding the proposed Stipulated Discovery Schedule/Order filed electronically (Document No. 40). As required under Local Rule 26(a)(1), discovery should be completed no later than 8 months after the last answer filed. Our records indicate that the last answer was filed on August 2, 2024. Therefore, the proposed discovery date of May 2, 2025, is beyond eight months using the date of consolidation as a starting point. Also, under Local Rule 26(a)(4), the discovery schedule should contain a date and time certain for the ENE session.

   Please re-submit a new proposed Stipulated Discovery Schedule/Order. Unless the court hears from you otherwise, this case will be scheduled for a discovery conference.

   Should you have any questions or concerns, do not hesitate to contact me.

Sincerely,

*/s/Lisa Wright*

Lisa Wright
Operations Specialist
(802) 951-8116