# EXHIBIT A

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF VERMONT
# WINDHAM DIVISION

| | |
|---|---|
| **BRIAN WUOTI**; **KAITLYN WUOTI**; **MICHAEL GANTT**; and **REBECCA GANTT**, | Case No.: 2:24-cv-00614 |
| *Plaintiffs*, | |
| v. | |
| **CHRISTOPHER WINTERS**, in his official capacity as Commissioner of the Vermont Department for Children and Families, **ARYKA RADKE**, in her official capacity as Deputy Commissioner of the Family Services Division, and **STACEY EDMUNDS**, in her official capacity as Director of Residential Licensing & Special Investigations, | **AGREEMENT ON ELECTRONIC DISCOVERY AND CLAIMS OF PRIVILEGE** |
| *Defendants*. | |

The parties agree to the following regarding electronic discovery and claims of privilege:

## I.     Production of electronically stored information

The parties shall produce documents:

    a. In PDF format with accompanying metadata or in native format with accompanying metadata;

    b. As text-searchable;

    c. With metadata in the following fields (to the extent such data was generated and embedded in the native files subject to production): document type; custodian; document creator; date created; person who last edited; and, for emails, sender, recipients, subject, attachments, and date and time sent;

    d. With a unique number (Bates number); and

Unless the parties otherwise agree with respect to a particular production, they shall produce load files with the production of documents through a document management or litigation support database system that includes metadata and preserve "parent-child" relationships (e.g., association between emails and attachments) and unitization (original document boundaries). Should any technical or other limitation arise with respect to a party's ability to satisfy the terms of this paragraph, the parties agree to discuss in good faith other potential production arrangements.

## II.     Hard-copy documents

Parties may produce hard-copy documents as text-searchable PDF files. Such productions shall preserve document breaks (if not indicated in the document itself), and also sets forth the custodian and stored location associated with each produced document. Each file shall be named with a unique number (Bates number).

## III.    Privilege and Confidentiality

Pursuant to Federal Rule of Evidence 502(d), the production of any documents shall not constitute a waiver by the producing party of any applicable privilege. Upon receiving notice that a document produced in discovery is protected by privilege, the receiving party must return, sequester, or destroy the specified information and any copies it has and must not use or disclose the information until the claim is resolved. Additionally, parties agree to confer on a confidentiality agreement to address any claims of confidentiality and before making any non-public identifying information (like address, phone numbers, or email addresses) part of the public record.

**IV.    Electronic service**

Pursuant to Federal Rule of Civil Procedure 5(b)(2)(F), the parties consent to service via email. The parties agree that service via email will be deemed to have occurred as of the date the serving party sends the email.

Respectfully submitted this 9th day of October, 2024.

/s/ Jonathan T. Rose
Jonathan Rose
Solicitor General
Ryan Kane
Deputy Solicitor General
Patrick Gaudet
Assistant Attorney General
109 State Street
Montpelier, VT 05609
(802) 793-1646
jonathan.rose@vermont.gov
ryan.kane@vermont.gov
patrick.gaudet@vermont.gov

Attorneys for Defendants

/s/ Johannes Widmalm-Delphonse
Johannes Widmalm-Delphonse*
Virginia Bar No. 96040
Mallory B. Rechtenbach*
Nebraska Bar No. 27129
**Alliance Defending Freedom**
44180 Riverside Pkwy
Lansdowne, VA 20176
(571) 707-4655
(571) 707-4656 Fax
jwidmalmdelphonse@ADFlegal.org
mrechtenbach@ADFlegal.org

Jonathan A. Scruggs*
Arizona Bar No. 030505
**Alliance Defending Freedom**
15100 N. 90th Street
Scottsdale, Arizona 85260
(480) 444-0020
(480) 444-0028 Fax
jscruggs@ADFlegal.org

Suzanne E. Beecher*
California Bar No. 329586
**Alliance Defending Freedom**
440 First Street NW
Washington, D.C. 20001
(202) 393-8690
(202) 347-3622 Fax
sbeecher@ADFlegal.org

Gretchen M. Wade
New Hampshire Bar No. 273726
**Wadleigh, Starr & Peters, P.L.L.C.**
95 Market Street
Manchester, NH 03101
(603) 669-4140
(603) 669-6018 Fax
gwade@wadleighlaw.com

*Attorneys for Plaintiffs*
*\*Admitted Pro Hac Vice*