# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF VERMONT
# WINDHAM DIVISION

| | |
|---|---|
| **BRIAN WUOTI**; **KAITLYN WUOTI**; **MICHAEL GANTT**; and **REBECCA GANTT**, <br><br> *Plaintiffs*, <br><br> v. <br><br> **CHRISTOPHER WINTERS**, in his official capacity as Commissioner of the Vermont Department for Children and Families, **ARYKA RADKE**, in her official capacity as Deputy Commissioner of the Family Services Division, and **STACEY EDMUNDS**, in her official capacity as Director of Residential Licensing & Special Investigations, <br><br> *Defendants*. | Case No.: 2:24-cv-00614 <br><br><br><br> **NOTICE OF APPEAL** |

## PLAINTIFFS' NOTICE OF APPEAL

Plaintiffs Brian and Kaitlyn Wuoti and Michael and Rebecca Gantt appeal to the United States Court of Appeals for the Second Circuit from the February 20, 2025, Opinion and Order denying Plaintiffs' motion for a preliminary injunction (ECF No. 59).

Notice of Appeal

Respectfully submitted this 21st day of March, 2025.

| | |
|---|---|
| Gretchen M. Wade<br>New Hampshire Bar No. 273726<br>**Wadleigh, Starr & Peters, P.L.L.C**<br>95 Market Street<br>Manchester, NH 03101<br>(603) 669-4140<br>(603) 669-6018 Fax<br>gwade@wadleighlaw.com | */s/ Johannes Widmalm-Delphonse*<br>Johannes Widmalm-Delphonse*<br>Virginia Bar No. 96040<br>Mallory B. Rechtenbach*<br>Nebraska Bar No. 27129<br>**Alliance Defending Freedom**<br>44180 Riverside Pkwy<br>Lansdowne, VA 20176<br>(571) 707-4655<br>(571) 707-4656 Fax<br>jwidmalmdelphonse@ADFlegal.org<br>mrechtenbach@ADFlegal.org<br><br>Jonathan A. Scruggs*<br>Arizona Bar No. 030505<br>**Alliance Defending Freedom**<br>15100 N. 90th Street<br>Scottsdale, Arizona 85260<br>(480) 444-0020<br>(480) 444-0028 Fax<br>jscruggs@ADFlegal.org<br><br>Suzanne E. Beecher*<br>California Bar No. 329586<br>**Alliance Defending Freedom**<br>440 First Street NW<br>Washington, D.C. 20001<br>(202) 393-8690<br>(202) 347-3622 Fax<br>sbeecher@ADFlegal.org<br><br>*Attorneys for Plaintiffs*<br>**Admitted Pro Hac Vice* |

2

3

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 21st day of March, 2025, I electronically filed the foregoing document with the Clerk of Court using the ECF system which will send a notification to all counsel of record.

*/s/ Johannes Widmalm-Delphonse*
Johannes Widmalm-Delphonse
*Attorney for Plaintiffs*
