# MANDATE

**UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT**

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of February, two thousand twenty-six.

Before:    Debra Ann Livingston,
                *Chief Judge,*
           Reena Raggi,
           Michael H. Park,
                *Circuit Judges.*

_____

Brian Wuoti, Kaitlyn Wuoti, Michael Gantt, Rebecca Gantt,

      Plaintiffs-Appellants,

    v.

Christopher Winters, in his official capacity as Commissioner of Vermont Department of Children and Families, Aryka Radke, in her official capacity as Deputy Commissioner of the Family Services Division, Stacey Edmunds, in her official capacity as Director of Residential Licensing & Special Investigations,

      Defendants-Appellees.

_____

**ORDER**

Docket No. 25-678

The parties stipulate to dismiss this appeal pursuant to Fed. R. App. P 42(b). Appellants also move to vacate the district court's preliminary injunction order dated February 20, 2025. Appellees do not oppose vacatur.

The stipulation is SO ORDERED, and the motion to vacate is GRANTED.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

MANDATE ISSUED ON 02/25/2026